Case 2:25-cr-00634   Document 12   Filed on 01/05/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CR ACTION NO. 2:25-CR-00634 |
| § | |
| DONALD L. SPRIGGLE § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong.  The defendant was on probation at the time of the instant offense for a felony conviction in Arkansas. An active warrant has been issued for the defendant's arrest for absconding from supervision, using controlled substances, and other alleged violations. The most basic condition of any court ordered supervision is that the person should not commit new law violations.  Because the evidence in the instant case meets the probable cause standard, the defendant has shown he is either unable or unwilling to comply with court ordered supervision.  Additionally, the defendant has significant substance abuse and mental health problems and a serious criminal history. The defendant is a poor candidate for bond. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant is **ORDERED detained** pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on January 5, 2026.

_____
Jason B. Libby
United States Magistrate Judge